# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERI A. RAFTER,<br><br>Defendant. | PO-22-5144-GF-JTJ<br><br>VIOLATIONS:<br>E1519985<br>E1519986<br>E1519988<br>Location Code: M13<br><br>**ORDER** |

Upon unopposed motion of the United States and for good cause shown, **IT IS ORDERED** that the bench warrants issued on or about October 6, 2022, are **QUASHED. IT IS FURTHER ORDERED** than an initial appearance is rescheduled for December 8, 2022 at 9:00 a.m., at the Missouri River Courthouse in Great Falls, Montana.

DATED this 24th day of October, 2022.

_____
John Johnston
United States Magistrate Judge